**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: C.A.P., A MINOR | : | No. 1 WAL 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: C.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.